FILED
9/15/2026
THOMAS G. BRUTON
CLERK, U.S. DISTRICT COURT

MPV

1:26-cr-00491
Judge Steven C. Seeger
Magistrate Judge Beth W. Jantz
RANDOM/Cat. 4

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>v.<br><br>GERARDO CHAVEZ | Case No.<br><br>Violation: Title 18, United States Code, Section 922(g)(1) |

The SPECIAL NOVEMBER 2025 GRAND JURY charges:

On or about March 2, 2026, at Chicago, in the Northern District of Illinois, Eastern Division,

GERARDO CHAVEZ,

defendant herein, knowing that he had previously been convicted of a crime punishable by a term of imprisonment exceeding one year, did knowingly possess, in and affecting interstate and foreign commerce, a firearm, namely, a tan and black Taurus G2S .40 caliber handgun, bearing serial number SMD52838, which firearm had traveled in interstate and foreign commerce prior to defendant's possession of the firearm;

In violation of Title 18, United States Code, Section 922(g)(1).

## FORFEITURE ALLEGATION

The SPECIAL NOVEMBER 2025 GRAND JURY alleges:

1. Upon conviction of an offense in violation of Title 18, United States Code, Section 922(g), as set forth in this Indictment, defendant shall forfeit to the United States of America any firearms and ammunition involved in and used in the offense, as provided in Title 18, United States Code, Section 924(d)(1) and Title 28, United States Code, Section 2461(c).

2. The property to be forfeited includes, but is not limited to, a tan and black Taurus G2S .40 caliber handgun, bearing serial number SMD52838, and associated ammunition.

A TRUE BILL:

________________________________
FOREPERSON

________________________________
UNITED STATES ATTORNEY